UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PNC BANK NATIONAL ASSOCIATION,
successor to RBC Bank (USA)

    Plaintiff,

v.                                      Case No:   2:14-cv-51-FtM-38CM

WATERFORD TOWN SQUARE,
LLC, LYNNE W. WASHBURN,
PATRICK FLAHARTY and JOHN P.
ARNOLD, JR.,

    Defendants.
_____/

## ORDER[1]

This matter comes before the Court on Joint Stipulation of Dismissal (Doc. 40) filed on June 16, 2014. Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.  The Rule reads in pertinent part:

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i)    A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii)    A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

---

[1] Disclaimer:  Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

The Parties indicate that this matter is dismissed pursuant to Rule 41(a)(1)(A)(ii). The Parties indicate that Plaintiff PNC Bank National Association's claims are dismissed with prejudice and Defendant Partrick Flaharty's crossclaims are dismissed without prejudice. The Parties also indicate that they are to bear their own attorneys' fees and costs. All Parties have signed the stipulation. Accordingly, this matter is due to be dismissed.

Accordingly, it is now

**ORDERED:**

The Verified Second Amended Complaint (Doc. 17) is **DISMISSED with prejudice**. Patrick Flaharty's Crossclaims (Doc. 26) are **DISMISSED without prejudice**. The Clerk is directed to close the case, terminate any pending motions and enter judgment accordingly.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record